■ In the Matter of EDWARD MOED, Appellant. CHEDWARD REALTY CORP., Respondent.—Order, Supreme Court, Bronx County (Anita Florio, J.), entered on April 6, 1990, unanimously affirmed for the reasons stated by Anita Florio, J., without costs. No Opinion. Concur—Carro, J. P., Rosenberger, Ellerin, Kassal and Rubin, JJ.